AO 442 (Rev. 11/11) Arrest Warrant

10761951

031-J

RCVD USMS D/NV
12 DEC '18 PM3:23

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 06 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America
v.

MARK MARTIN-CALL

Defendant

)
)
)
)
)
)
)

Case No.  **3:18-mj-164-WGC**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **MARK MARTIN-CALL**                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)- Felon in Possession of a Firearm (Count One)


Date:      12/11/2018                                         *William G. Cobb*
                                                                *Issuing officer's signature*

City and state:     Reno, Nevada                             WILLIAM G. COBB, United States Magistrate Judge
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-11-2018 , and the person was arrested on *(date)* 2-5-2019 at *(city and state)* CARSON CITY, NV . |
| Date: 2-5-2019                        *Gregory E. Moore*  <br> *Arresting officer's signature* <br><br> Gregory E. Moore <br> *Printed name and title* |