FILED ___   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

**UNITED STATES DISTRICT COURT**

SEP 16 2021

**DISTRICT OF NEVADA**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

v.

Mark Martin-Call

Defendant.

Case No. 3:19-cr-00013-MMD-WGC

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the Initial Appearance proceeding in this case scheduled for September 16, 2021.

I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference, or telephone conference if video conference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/Mark Martin-Call            9/16/2021

Defendant's Signature            (date)

/s/Christopher P. Frey            9/16/2021

Signature of Defendant's Attorney    (date)

Christopher P. Frey

Printed Name of Defendant's Attorney

William G. Cobb    9/16/2021

Judge's Signature            (date)

William G. Cobb, U.S. Magistrate Judge

Judge's Printed Name and Title